■ The People of the State of New York ex rel. Martin Sostre, Appellant, against Lee B. Mailler, as Chairman of the New York State Board of Parole, et al., Respondents.— Motion to amend title denied, as unnecessary. Motion for leave to prosecute appeal as a poor person granted, provided an

appeal has been timely taken. The appeal may be perfected upon one type-written copy of the record and five typewritten copies of the brief. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.